JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALI IZEDI, AKA ALI R. IZEDI,<br><br>Defendant | No. CV A 5:15-cv-1984<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Ali Izedi, aka Ali R. Izedi, in the principal amount of $20,734.83 plus interest accrued to September 25, 2015, in the sum of $31,743.94; with interest accruing thereafter at $3.38 daily until entry of judgment, for a total amount of **$52,478.77.**

DATED: 11/17/15           By: KIRY GRAY, Clerk of Court
                              Clerk of the Court

                              Deputy Clerk
                              United States District Court